UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEROY DORSEY,

                            Plaintiff,

                                                         No. 9:10-CV-1030
      -v-                                              (DNH/CFH)

FRANK INGERSON, Officer 3-11 P.M. shift;
S. GROOM, Officer, Special Housing Unit,
F-1 Company, 7-3, 8-4, Great Meadow Correctional
Facility; and SERGEANT C.S. COLLINS,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                         OF COUNSEL:

LEROY DORSEY
Plaintiff Pro se
97-A-3442
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

HON. ERIC T. SCHNEIDERMAN                JUSTIN L. ENGEL, ESQ.
Attorney General for the State of New York     Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

    Pro se plaintiff Leroy Dorsey brought this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2014, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. The second amended complaint is DISMISSED in its entirety; and

3. The Clerk is directed to enter Judgment accordingly, serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 5, 2014
Utica, New York.